155 A.3d 433

CECCONE

v.

CARROLL HOME SERVICES

Pet. Docket No. 412, Sept. Term, 2016

Court of Appeals of Maryland.

February 3, 2017

(No. 02–CV–001190, Circuit Court for Anne Arundel County).

Petition for writ of certiorari granted

155 A.3d 433

MOATS, Timothy Alan

v.

STATE of Maryland

Pet. Docket No. 511, Sept. Term, 2016

Court of Appeals of Maryland.

February 3, 2017

Petition for writ of certiorari granted